1  Jeffrey M. Lenkov (State Bar No. 156478)
   *jml@manningllp.com*
2  Sharon S. Jeffrey (State Bar No. 228149)
   *ssj@manningllp.com*
3  Marissa Gittler (State Bar No. 285525)   JS-6
   *mkg@manningllp.com*
4  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
5  801 S. Figueroa St, 15th Floor
   Los Angeles, California 90017-3012
6  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999

Attorneys for Defendants, AARON BROTHERS, INC.
and MICHAELS STORES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNIFER R. MULBERG,<br><br>           Plaintiff,<br><br>      v.<br><br>AARON BROTHERS, INC., MICHAELS STORES, INC., and DOES 1 to 30,<br><br>           Defendants. | Case No. CV-14-4954 PA (JCx)<br><br>**ORDER RE: STIPULATION FOR DISMISSAL** |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff, JENNIFER R. MULBERG, and Defendants, AARON BROTHERS, INC. and MICHAELS STORES, INC.

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: March 24, 2015 _____

United States District Judge

JS-6

Case No. CV-14-4954-PA-JC

ORDER RE: STIPULATION FOR DISMISSAL